# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

               Plaintiff,

v.

EDWARD WALLS, RICHARD RAEMISCH, JON LITSCHER, MATTHEW FRANK, CATHY JESS, STACEY HOEM, GARY ANKARLO, BRADLY BOIVIN, TORRIE VAN BUREN, GARY BOUGHTON, TIM HAINES, PETER HUIBREGTSE, N. J. NELSON, T. M. BROWN, LEBEUS BROWN, DAVID GARDNER, JEROME SWEENY, JENNIFER SICKINGER, MAT SCULLION, J. T. BROWN, SGT. JANTZEN, SGT. FURER, MARY MILLER, JOLINDA WATERMAN, L. J. SCHWONDT, J. T. BROWN-FISCHER, CRYSTAL MORRIS MCCORMICK, ELLEN RAY, and JOHN/JANE DOES,

               Defendants.

Case No. 18-CV-1095-JPS

**ORDER**

On August 10, 2018, the Court ordered Plaintiff to pay his initial partial filing fee ("IPFF") no later than August 31, 2018, or this action would be dismissed without prejudice. (Docket #8). That date has passed and the Court has not received the IPFF or any other communication from Plaintiff. The Court must, therefore, dismiss this action without prejudice for Plaintiff's failure to pay the initial partial filing fee. Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 6th day of September, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge